IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, | No. CIV S-08-1723-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES ANTONEN, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (Doc. 20).

      On October 29, 2008, the court directed plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. As of December 3, 2008, plaintiff had not filed an amended complaint and plaintiff was directed to show cause in writing, within 30 days, why this action should not be dismissed for failure to file an amended complaint. Plaintiff was again warned that failure to respond to this order may result in dismissal of the action. See Local Rule 11-110.

Plaintiff now seeks a 120-day extension of time to respond to the court's prior orders. He states that, at the time he was ordered to file an amended complaint, he was in the process of being transferred to another prison and, as a result of the transfer, was separated from his legal materials and mail was delayed. Good cause appearing therefor, the court will grant plaintiff's request in part. He shall respond to the court's order to show cause within 30 days of the date of this order. If plaintiff files an amended complaint in compliance with the October 29, 2008, order, the December 3, 2008, order to show cause will be discharged and the court will screen the amended complaint. Failure to file a response to the order to show cause or an amended complaint may result in dismissal of the action. See id.

IT IS SO ORDERED.

DATED: December 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE