IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, | No. CIV S-08-1723-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES ANTONEN, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 29, 2008, the court dismissed plaintiff's complaint and directed plaintiff to file a first amended complaint within 30 days.  As of December 3, 2008, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed.  Plaintiff has now filed a first amended complaint.  The order to show cause is, therefore, discharged.  The court will address the amended complaint by separate order.

      IT IS SO ORDERED.

DATED: January 21, 2009

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE