IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,                                No. CIV S-08-1723-CMK-P

      Plaintiff,

  vs.                                                              ORDER

CHARLES ANTONEN, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 29, 2008, the court dismissed plaintiff's complaint and directed him to file a first amended complaint within 30 days.  As of December 3, 2008, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.  On January 15, 2009, plaintiff filed a document captioned "Amended Complaint" and, based on this filing, the court discharged the December 3, 2008, order to show cause.  A further review of the "Amended Complaint," however reveals that plaintiff has not actually amended his allegations as previously directed.  Specifically, he states that he is submitting documents in support of a "soon to be filed Amended Complaint which plaintiff has yet to file. . . ."  Nothing has been filed by

1

1  plaintiff since January 15, 2009.

2         Plaintiff will be given one last chance to comply with the court's October 29
3  2008, order to file a first amended complaint. Plaintiff is again cautioned that failure to comply
4  within the time provided by this order may result in dismissal of the action for lack of
5  prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 11-110.
6         Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a first amended
7  complaint within 30 days of the date of this order.

  DATED: February 19, 2009

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE