IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, | No. CIV S-08-1723-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RIPPETOE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2009, the court determined that plaintiff's complaint was appropriate for service on defendants Rippetoe, Van Sant, and Harris, and directed plaintiff to submit documents for service by the United States Marshal within 30 days. The court also directed plaintiff to show cause why this action should not be dismissed as against defendants Rath, Johnson, and Edwards for failure to state a claim. Plaintiff was warned that failure to submit the required documents may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. He was also warned that failure to respond to the order to show cause could result in dismissal of defendants Rath, Johnson, and Edwards. See id. To date, plaintiff has not submitted the required documents or

1  responded to the order to show cause as directed.
2         Plaintiff shall show cause in writing, within 30 days of the date of this order, why
3  this action should not be dismissed in its entirety for failure to submit the required service
4  documents and respond to the April 15, 2009, order to show cause.  Plaintiff is again warned that
5  failure to respond to this order may result in dismissal of the action for the reasons outlined
6  above and in the court's prior order to show cause, as well as for failure to prosecute and comply
7  with court rules and orders.  See id.
8         IT IS SO ORDERED.
9
10  DATED: June 8, 2009
11
12                                              **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE