IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,                                    No. CIV S-08-1723-CMK-P

      Plaintiff,

  vs.                                                              ORDER

RIPPETOE, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

      On April 15, 2009, the court determined that plaintiff's complaint was appropriate for service on defendants Rippetoe, Van Sant, and Harris, and directed plaintiff to submit documents for service by the United States Marshal within 30 days. The court also directed plaintiff to show cause why this action should not be dismissed as against defendants Rath, Johnson, and Edwards for failure to state a claim. Plaintiff was warned that failure to submit the required documents may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. He was also warned that failure to

1

respond to the order to show cause could result in dismissal of defendants Rath, Johnson, and Edwards.  See id.  As of June 9, 2009, plaintiff had not submitted the required documents or responded to the order to show cause as directed and the court directed plaintiff to show cause in writing within 30 days why the action should not be dismissed in its entirety.  Plaintiff was again warned of the consequences of failure to respond.  To date, plaintiff has not responded to any of the court's orders.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.

DATED: July 27, 2009

　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE