IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, | No. CIV S-08-1723-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A.J. MALFI, et al. | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. While plaintiff and a number of defendants have consented to Magistrate Judge jurisdiction, two defendants for whom the court has found service to be appropriate have not yet appeared in the action. Given the lack of consent from all parties, and in order to properly address pending motions to dismiss, the court will direct the random assignment of a District Judge at this time.

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: September 25, 2009

                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE