IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,              No. CIV S-08-1723-JAM-CMK-P

      Plaintiff,

  vs.                         <u>ORDER</u>

A.J. MALFI, et al.

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  On September 28, 2009, the court issued an order directing the random assignment of a district judge to this closed action.  That order was issued in this case in error and is hereby vacated.  If necessary for statistical and reporting purposes, the Clerk of the Court should strike the assignment of Judge Mendez to this case.

      IT IS SO ORDERED.

DATED: October 1, 2009

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

1